The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKBAR NURDAN UULU and AISULUU ZHYLDYZBEKOVA,<br><br>               Plaintiffs,<br><br>    v.<br><br>TODD BLANCHE, *et al.*,<br><br>               Defendants. | Case No. 2:25-cv-01926-RSL<br><br>**THIRD STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER** |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings an additional 30 days until July 15, 2026.

On December 12, 2025, the Court granted the parties' first stipulation to stay the case while U.S. Citizenship and Immigration Services (USCIS) scheduled Plaintiffs' interviews and adjudicated their benefit applications. Dkt. 7. USCIS has now completed Plaintiffs' interviews. USCIS issued a request for additional evidence following the interviews, which Plaintiffs submitted on or about May 30, 2026. USCIS now requires additional time to consider the new evidence Plaintiffs submitted and complete the adjudication of their applications. With additional time, this case may be resolved without the need for further judicial intervention.

THIRD STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-01926-RSL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

For good cause, the parties therefore request that the Court hold the case in abeyance an additional 30 days until July 15, 2026.

DATED this 15th day of June, 2026.

Respectfully submitted,

s/ *Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
Email: kristin.b.johnson@usdoj.gov
*Attorney for the United States*

I certify that this memorandum contains 225 words, in compliance with the Local Civil Rules.

s/ *James Vasquez*
JAMES VASQUEZ, WSBA #34514
KESSELMAN LAW FIRM
11232 120th Ave Ne Ste 205
Kirkland, WA 98033
Phone: 206-556-7383
Email: james@kesselmanlaw.net

*Attorney for Plaintiffs*

THIRD STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND ORDER
[Case No. 2:25-cv-01926-RSL] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties' stipulated motion is GRANTED. The case is held in abeyance until July 15, 2026. The parties shall submit a status update on or before July 15, 2026.

It is so **ORDERED**.

DATED this 17th day of June, 2026.

ROBERT S. LASNIK
Senior United States District Judge

THIRD STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND ORDER
[Case No. 2:25-cv-01926-RSL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970