The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AKBAR NURDAN UULU and AISULUU ZHYLDYZBEKOVA,

Plaintiffs,

v.

PAMELA BONDI, *et al.*,

Defendants.

Case No. 2:25-cv-01926-RSL

**Stipulated Motion For Dismissal**

Noted for Consideration:
Today

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby jointly stipulate and move to dismiss the entitled matter without fees or costs to either party.

Dismissal is being requested as Plaintiffs have elected to and have left the United States and abandoned their asylum application. Therefore, this matter is now moot.

For good cause, the parties therefore request that the Court dismiss this case.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 10th day of September, 2026.

Respectfully submitted,

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
Email: kristin.b.johnson@usdoj.gov
*Attorney for Defendants*

I certify that this memorandum contains 74 words, in compliance with the Local Civil Rules.

*s/ James Vasquez*
JAMES VASQUEZ, WSBA #34514
KESSELMAN LAW FIRM
11232 120th Ave Ne Ste 205
Kirkland, WA 98033
Phone: 206-556-7383
Email: james@kesselmanlaw.net
*Attorney for Plaintiffs*

**ORDER**

The parties' stipulated motion is GRANTED. The case is dismissed without award of fees or costs to either party.

It is so **ORDERED**.

DATED this 11th day of September, 2026.

Robert S. Lasnik
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970